# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                                                                    Civ. No. 99-1103 SC/WWD

LA PLAZA ABAJO, SANTA FE COUNTY,
A PARCEL OF APPROXIMATELY 2.12
ACRES OF LAND, et al.,

        Defendants,

GILBERT BARELA, et al.,

        Claimants.

## MEMORANDUM OPINION AND ORDER

This matter comes before the Court as the result of a status conference with counsel on April 17, 2000. The parties agree that the Complaint should be amended and that certain title inquires should be made before any discovery is commenced. Accordingly, I have signed the Order allowing amendment of the complaint. Discovery in this cause shall be stayed until and including May 19, 2000. On **May 22, 2000, at 8:30 a.m.**, I shall telephone counsel to determine what discovery is needed and what the schedule for that discovery should be.

This cause shall proceed in accordance with the foregoing.

**IT IS SO ORDERED**

_____
UNITED STATES MAGISTRATE JUDGE